UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 15-1051 VBF (MRW) | Date | March 7, 2016 |
|---|---|---|---|
| Title | Lee v. Pirko | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

None present  None present

**Proceedings:**    ORDER TO SHOW CAUSE

The Court recently issued an order dismissing Plaintiff's defective complaint in this civil rights action. (Docket # 35.) The Court's order specifically gave Plaintiff (a self-represented individual currently in custody) the opportunity to file an amended complaint to try to state a plausible cause of action.

Plaintiff failed to do so by the stated deadline. Instead, Plaintiff filed a brief "motion opposing dismissal" several weeks after the Court's ruling. (Docket # 36.) Notably, Plaintiff has not attempted to comply with the Court's ruling by filing a coherent, understandable civil complaint.

Therefore, Plaintiff is ordered to show cause why the action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41 for failure to diligently prosecute the action or to follow court orders. To avoid this final dismissal, Plaintiff must file his amended complaint _and_ a written explanation for the delay in responding promptly to the Court's instruction. Plaintiff's submissions will be due by March 25.