# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Benjamin Patrick Lee,** | No. ED CV 15-01051-VBF-SK |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| Officer Pirko #17304,<br>Officer Garcia #17535,<br>Sargeant Baer #15743, and<br>Sargeant Von Voight #14294,<br>each in his individual and official capacities, | |
| Defendants. | |

Pursuant to this Court's Order Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of all the defendants in all capacities and against plaintiff Benjamin Patrick Lee.**

Dated: November 28, 2017

*Valerie Baker Fairbank*

———————————————
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

JS-6